**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**

IN RE:

RICARDO OCAMPO



Order Filed on May 15, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-32001RG

Judge:  ROSEMARY GAMBARDELLA

## INTERIM CONFIRMATION ORDER

The relief set forth on the following pages, numbered two (2)  through two (2) is hereby ORDERED.

**DATED: May 15, 2017**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s):  RICARDO OCAMPO

Case No.: 16-32001RG

Caption of Order:    INTERIM CONFIRMATION ORDER

---

The court finds that interim confirmation of the Chapter 13 Plan is in the best interest of debtor and the parties-in-interest. Therefore,

IT IS HEREBY ORDERED as follows:

1. The Chapter 13 Plan dated 02/11/2017 is approved on an interim basis only. The plan is subject to final confirmation and further order of the Court. All of the rights of all parties are reserved until the final confirmation hearing.

2. The Standing Chapter 13 Trustee is authorized to make distribution, with a percentage fee, on account of the following claims:
   - a) allowed attorneys' fees;
   - b) secured creditors;
   - c) priority creditors, and
   - d) adequate protection payments provided for in the debtor's Chapter 13 plan.

3. ☐ The arrearage claim of the creditor _____ shall be paid by the Standing Chapter 13 Trustee, as provided in the plan or as designated in the proof of claim, pending the termination of the Loss Mitigation Period.

4. The debtor(s) shall make periodic payments until further order of the Court beginning 12/1/2016 as follows :

   the sum of $129.00 for a period of 36 month(s), which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586. The unsecured creditors shall receive on a pro rata basis, the balance remaining from the payments set forth in this paragraph, after payment of all administrative, priority & secured claims (i.e., Pot Plan).

5. A hearing on final confirmation is scheduled for 06/21/2017 at 9:00 am at the US Bankruptcy Court, 50 Walnut Street, Third Floor, E, Newark, NJ 07102.

   Other:
   - Debtor is to complete a Loan Modification by 6/7/17 or as extended by the Court's Loss Mitigation Program or the case will be dismissed upon certification of the Trustee or the Mortgagee with 14 days notice to debtor and debtor's attorney.