| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c) |
|---|
| **Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840** |
| IN RE:<br><br>  RICARDO OCAMPO |

Order Filed on May 15, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  16-32001RG

Judge:  ROSEMARY GAMBARDELLA

# INTERIM CONFIRMATION ORDER

The relief set forth on the following pages, numbered two (2)  through two (2) is hereby ORDERED.

**DATED: May 15, 2017**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Case No.: 16-32001RG

Caption of Order:    INTERIM CONFIRMATION ORDER

The court finds that interim confirmation of the Chapter 13 Plan is in the best interest of debtor and the parties-in-interest.  Therefore,

IT IS HEREBY ORDERED as follows:

1. The Chapter 13 Plan dated 02/11/2017 is approved on an interim basis only.  The plan is subject to final confirmation and further order of the Court.  All of the rights of all parties are reserved until the final confirmation hearing.

2. The Standing Chapter 13 Trustee is authorized to make distribution, with a percentage fee, on account of the following claims:
   a) allowed attorneys' fees;
   b) secured creditors;
   c) priority creditors, and
   d) adequate protection payments provided for in the debtor's Chapter 13 plan.

3. ☐ The arrearage claim of the creditor _____ shall be paid by the Standing Chapter 13 Trustee, as provided in the plan or as designated in the proof of claim, pending the termination of the Loss Mitigation Period.

4. The debtor(s) shall make periodic payments until further order of the Court beginning 12/1/2016 as follows :

   the sum of $129.00 for a period of 36 month(s), which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586. The unsecured creditors shall receive on a pro rata basis, the balance remaining from the payments set forth in this paragraph, after payment of all administrative, priority & secured claims (i.e., Pot Plan).

5. A hearing on final confirmation is scheduled for 06/21/2017 at 9:00 am at the US Bankruptcy Court, 50 Walnut Street, Third Floor, E, Newark, NJ 07102.

   Other:
   - Debtor is to complete a Loan Modification by 6/7/17 or as extended by the Court's Loss Mitigation Program or the case will be dismissed upon certification of the Trustee or the Mortgagee with 14 days notice to debtor and debtor's attorney.

United States Bankruptcy Court
District of New Jersey

In re:  
Ricardo Ocampo  
    Debtor

Case No. 16-32001-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: May 16, 2017  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2017.  
db          +Ricardo Ocampo,    1400 New York Ave, Apt 2,    Union City, NJ 07087-4302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2017                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2017 at the address(es) listed below:  
       Deborah T. Feldstein    on behalf of Creditor    TTLBL, LLC dfeldstein@caplaw.net  
       Joel R. Glucksman    on behalf of Creditor    City of Union City jglucksman@scarincihollenbeck.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Nicholas Fitzgerald    on behalf of Debtor Ricardo Ocampo nickfitz.law@gmail.com  
       Sarah J. Crouch    on behalf of Debtor Ricardo Ocampo nickfitz.law@gmail.com, nadiafinancial@gmail.com;r53165@notify.bestcase.com  
       Wafa Hubroman    on behalf of Debtor Ricardo Ocampo wafahubromanlaw@gmail.com, nadiafinancial@gmail.com;nickfitz.law@gmail.com  
       William M.E. Powers    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com  
       William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com  
                                                                                                          TOTAL: 8