UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

FITZGERALD & ASSOCIATES. P.C.
649 Newark Avenue
Jersey City, NJ 07306
By: Sarah J. Crouch, Esq (SC 1174)
Phone: 201-533-1100
Attorney for the Debtor

In Re:

RICARDO OCAMPO

Order Filed on July 11, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No.: | 16-32001 |
| Chapter: | 13 |
| Judge: | Gambardella |

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 11, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____ :

Property:      1400 New York Avenue, Union City, NJ 07087

Creditor:      CitiMortgage, Inc.

and a Request for

☒   Extension of the 90 day Loss Mitigation Period having been filed by _____the Debtor_____,
     and for good cause shown

☐   Early Termination of the Loss Mitigation Period having been filed by _____,
     and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____09/06/2017_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*