UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840

Order Filed on July 26, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

RICARDO OCAMPO

Case No.:  16-32001 RG

Hearing Date:  7/19/2017

Judge:  ROSEMARY GAMBARDELLA

Debtor is Entitled To Discharge

## ORDER CONFIRMING PLAN

The relief set forth on the following pages, numbered 2 through 2 is hereby **ORDERED**.

**DATED: July 26, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Case No.: 16-32001 RG

Caption of Order:       ORDER CONFIRMING PLAN

---

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

- ORDERED, that the plan of the above named Debtor dated 2/11/2017, or as amended at the confirmation hearing is hereby confirmed. The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the Debtor; and it is further

- ORDERED, that to the extent that the Debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified herein:

- ORDERED, that commencing 12/1/2016, the Debtor shall pay the Standing Trustee

    the sum of $129.00 for a period of 36 month(s), which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586. The unsecured creditors shall receive on a pro rata basis, the balance remaining from the payments set forth in this paragraph, after payment of all administrative, priority & secured claims (i.e., Pot Plan); and it is further

- ORDERED, that Debtor must complete Loan Modification by 9/6/2017 or as extended through the courts Loss Mitigation Program. If loan modification not completed case will be dismissed upon certification of the Standing Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any discharged; and it is further

- ORDERED, that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the Debtor, Debtor's attorney and any other party filing a Notice of Appearance.

United States Bankruptcy Court
District of New Jersey

In re:  
Ricardo Ocampo  
      Debtor

Case No. 16-32001-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Jul 27, 2017  
                      Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2017.  
db          +Ricardo Ocampo,   1400 New York Ave, Apt 2,   Union City, NJ 07087-4302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2017                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2017 at the address(es) listed below:  
      Deborah T. Feldstein   on behalf of Creditor   TTLBL, LLC dfeldstein@caplaw.net  
      Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation   dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Joel R. Glucksman   on behalf of Creditor   City of Union City jglucksman@scarincihollenbeck.com  
      Marie-Ann Greenberg   magecf@magtrustee.com  
      Nicholas Fitzgerald   on behalf of Debtor Ricardo Ocampo nickfitz.law@gmail.com  
      Sarah J. Crouch   on behalf of Debtor Ricardo Ocampo nickfitz.law@gmail.com, nadiafinancial@gmail.com;r53165@notify.bestcase.com  
      Wafa Hubroman   on behalf of Debtor Ricardo Ocampo wafahubromanlaw@gmail.com, nadiafinancial@gmail.com;nickfitz.law@gmail.com  
      William M.E. Powers   on behalf of Creditor   CitiMortgage, Inc. ecf@powerskirn.com  
      William M.E. Powers, III   on behalf of Creditor   CitiMortgage, Inc. ecf@powerskirn.com  
                              TOTAL: 9