UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

FITZGERALD & CROUCH, P.C.
649 Newark Avenue
Jersey City, NJ 07306
By: Sarah J. Crouch, Esq. (SC 1174)
Phone: 201-533-1100
Attorney for the Debtor

Order Filed on March 12, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

RICARDO OCAMPO

Case No.: _____16-32001_____

Chapter: _____13_____

Judge: _____Gambardella_____

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 12, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____ :

Property:    1400 New York Avenue, Union City, NJ 07087 _____

Creditor:    CitiMortgage, Inc. _____

and a Request for

☒  Extension of the 90 day Loss Mitigation Period having been filed by _____ the Debtor _____,
and for good cause shown

☐  Early Termination of the Loss Mitigation Period having been filed by _____,
and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____ 06/06/2018 _____.

The Loss Mitigation Period is terminated, effective _____.

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-32001-RG
Ricardo Ocampo                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Mar 13, 2018
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2018.
db              +Ricardo Ocampo,    1400 New York Ave, Apt 2,    Union City, NJ 07087-4302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2018                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2018 at the address(es) listed below:
        Deborah T. Feldstein    on behalf of Creditor    TTLBL, LLC dfeldstein@caplaw.net
        Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
         dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Joel R. Glucksman    on behalf of Creditor    City of Union City jglucksman@scarincihollenbeck.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        Nicholas Fitzgerald    on behalf of Debtor Ricardo  Ocampo nickfitz.law@gmail.com
        Sarah J. Crouch    on behalf of Debtor Ricardo  Ocampo nickfitz.law@gmail.com,
         nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
        Wafa  Hubroman    on behalf of Debtor Ricardo  Ocampo wafahubromanlaw@gmail.com,
         nadiafinancial@gmail.com;nickfitz.law@gmail.com
        William M.E. Powers    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
        William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                                                   TOTAL: 9