Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−32001−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ricardo Ocampo
   aka Ricardo A Ocampo
   1400 New York Ave, Apt 2
   Union City, NJ 07087

Social Security No.:
   xxx−xx−7717

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/7/18 at 10:00 AM

to consider and act upon the following:

*82* − Certification in Opposition to (related document:79 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 10/18/2018. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Sarah J. Crouch on behalf of Ricardo Ocampo. (Crouch, Sarah)

Dated: 10/30/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Ricardo Ocampo  
    Debtor

Case No. 16-32001-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Oct 30, 2018  
                       Form ID: ntchrgbk     Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2018.
```
db             +Ricardo Ocampo,    1400 New York Ave, Apt 2,    Union City, NJ 07087-4302
aty            +Milstead & Associates, LLC,    1 E. Stow Road,    Marlton, NJ 08053-3118
lm              CitiMortgage, Inc.,    PO Box 6243,    Sioux Falls, SD 57117-6243
cr             +City of Union City,    Joel R. Glucksman, Esq.,    Scarinci & Hollenbeck,
                 1100 Valley Brook Avenue,    PO Box 790,    Lyndhurst, NJ 07071-0790
cr             +TTLBL, LLC,    c/o Pellegrino & Feldstein, LLC,    290 Route 46 West,    Denville, NJ 07834-1239
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2018 23:46:15
                Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 1
```

                 ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2018                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2018 at the address(es) listed below:
```
              Deborah T. Feldstein    on behalf of Creditor    TTLBL, LLC dfeldstein@caplaw.net
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joel R. Glucksman    on behalf of Creditor    City of Union City jglucksman@scarincihollenbeck.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas Fitzgerald    on behalf of Debtor Ricardo  Ocampo nickfitz.law@gmail.com
              Sarah J. Crouch    on behalf of Debtor Ricardo  Ocampo nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
              Wafa Hubroman    on behalf of Debtor Ricardo  Ocampo wafahubromanlaw@gmail.com,
               nadiafinancial@gmail.com;nickfitz.law@gmail.com
              William M.E. Powers    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                                                             TOTAL: 9
```