UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

FITZGERALD & CROUCH, P.C.
649 Newark Avenue
Jersey City, NJ 07306
By: Sarah J. Crouch, Esq. (SC 1174)
Phone: 201-533-1100
Attorney for the Debtor

Order Filed on December 28, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

RICARDO OCAMPO

Case No.: 16-32001

Chapter: 13

Judge: Gambardella

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 28, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____ :

Property:     1400 New York Avenue, Union City, NJ 07087

Creditor:     CitiMortgage

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____the Debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____03/06/2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Ricardo Ocampo  
     Debtor

Case No. 16-32001-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Dec 28, 2018  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2018.  
db           +Ricardo Ocampo,   1400 New York Ave, Apt 2,   Union City, NJ 07087-4302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2018 at the address(es) listed below:  
           Deborah T. Feldstein    on behalf of Creditor    TTLBL, LLC dfeldstein@caplaw.net  
           Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
            dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Joel R. Glucksman    on behalf of Creditor    City of Union City jglucksman@scarincihollenbeck.com  
           Marie-Ann Greenberg    magecf@magtrustee.com  
           Nicholas Fitzgerald    on behalf of Debtor Ricardo Ocampo nickfitz.law@gmail.com  
           Sarah J. Crouch    on behalf of Debtor Ricardo Ocampo nickfitz.law@gmail.com,  
            nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com  
           Wafa Hubroman    on behalf of Debtor Ricardo Ocampo wafahubromanlaw@gmail.com,  
            nadiafinancial@gmail.com;nickfitz.law@gmail.com  
           William M.E. Powers    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com  
           William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com  
                                                                                              TOTAL: 9