| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>FITZGERALD & CROUCH, P.C.<br>Marguerite Mounier-Wells, Esq. (MMW5960)<br>649 Newark Avenue<br>Jersey City, NJ 07306<br>Phone: (201)844-0068<br>Attorneys for the Debtor | Order Filed on May 31, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>RICARDO OCAMPO | Case No.:    16-32001<br>Chapter:    13<br>Judge:    Gambardella |

### ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 31, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____12/06/2016_____ :

Property:    1400 New York Avenue, Union City, NJ 07087

Creditor:    Cenlar,

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____, and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____09/06/2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2