UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

FITZGERALD & CROUCH, P.C.
Marguerite Mounier-Wells, Esq. (MMW5960)
649 Newark Avenue
Jersey City, NJ 07306
Phone: (201)844-0068
Attorneys for the Debtor

**Order Filed on May 31, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

RICARDO OCAMPO

Case No.: _____16-32001_____

Chapter: _____13_____

Judge: _____Gambardella_____

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 31, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____12/06/2016_____ :

Property:    1400 New York Avenue, Union City, NJ 07087

Creditor:    Cenlar,

and a Request for

☒  Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____,
    and for good cause shown

☐  Early Termination of the Loss Mitigation Period having been filed by _____,
    and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____09/06/2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-32001-RG
Ricardo Ocampo                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: May 31, 2019
                              Form ID: pdf903          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2019.
db              +Ricardo Ocampo,   1400 New York Ave, Apt 2,   Union City, NJ 07087-4302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2019 at the address(es) listed below:
          Deborah T. Feldstein    on behalf of Creditor   TTLBL, LLC dfeldstein@caplaw.net
          Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Joel R. Glucksman    on behalf of Creditor   City of Union City jglucksman@scarincihollenbeck.com
          Marguerite  Mounier-Wells    on behalf of Debtor Ricardo  Ocampo nadiafinancial@gmail.com,
           mwells@fitzgeraldcrouchlaw.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Nicholas  Fitzgerald    on behalf of Debtor Ricardo  Ocampo nickfitz.law@gmail.com
          Sarah J. Crouch    on behalf of Debtor Ricardo  Ocampo nickfitz.law@gmail.com,
           nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
          Wafa  Hubroman    on behalf of Debtor Ricardo  Ocampo wafahubromanlaw@gmail.com,
           nadiafinancial@gmail.com;nickfitz.law@gmail.com
          William M.E. Powers    on behalf of Creditor   CitiMortgage, Inc. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor   CitiMortgage, Inc. ecf@powerskirn.com
                                                                              TOTAL: 10