UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

FITZGERALD & CROUCH, P.C.
649 Newark Avenue
Jersey City, NJ 07306
By: Marguerite Mounier-Wells (MMW 5960)
Phone: 201-533-1100
Attorney for the Debtor

In Re:

RICARDO OCAMPO

Order Filed on September 9, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-32001

Chapter: 13

Judge: Gambardella

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 9, 2019**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____ :

Property:    1400 New York Avenue, Union City, NJ 07087

Creditor:    Cenlar

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____12/06/2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*