UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

FITZGERALD & CROUCH, P.C.
Marguerite Mounier-Wells, Esq. (MMW5960)
649 Newark Avenue
Jersey City, NJ 07306

In Re:

RICARDO OCAMPO

Case No.: __16-32001__

Judge: __Gambardella__

Chapter: __13__

# APPLICATION FOR EXTENSION OR
# EARLY TERMINATION OF LOSS MITIGATION PERIOD

The undersigned is the _____Debtor_____ in this matter. On ___9/019/2019___, a Loss Mitigation Order was entered concerning:

Property: _____1400 New York Avenue Union City, NJ 07087_____

Creditor: __Cenlar FSB__

Pursuant to the Loss Mitigation Order, the Loss Mitigation Period will expire on ___12/06/2019___.

For the reason(s) set forth below, the _____Debotor_____ hereby requests:

☑ An extension of the Loss Mitigation Period to ___3/06/2020___.

☐ Early termination of the Loss Mitigation Period, effective _____.

Set forth the applicant's reason(s) for the above request:
Debtor has submitted documenation, however, has documentation has been requested to complete the application for loan modification. More time is needed to submit documents and for them to be reviewed.

Dated: __12.3.19__                                                    _____
                                                                      Applicant's signature

*Revised  9/19/13*