UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Marguerite Mounier Wells, Esq.,/MMW5960
Fitzgerald & Crouch, P.C.
649 Newark Avenue
Jersey City, NJ 07306

Order Filed on December 23, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Ricardo Ocampo

Case No.: 16-32001

Chapter: 13

Judge: Gambardella

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 23, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __September 9, 2019__ :

Property: __1400 New York Avenue, Union City, NJ 07086__

Creditor: __Cenlar FSB__

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by __Debtor__, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including __03/06/2020__.

The Loss Mitigation Period is terminated, effective _____.

*Revised 9/19/13*

2