Order Filed on December 23, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Marguerite Mounier Wells, Esq.,/MMW5960
Fitzgerald & Crouch, P.C.
649 Newark Avenue
Jersey City, NJ 07306

In Re:

    Ricardo Ocampo

| | |
|---|---|
| Case No.: | 16-32001 |
| Chapter: | 13 |
| Judge: | Gambardella |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 23, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___September 9, 2019___ :

Property:        1400 New York Avenue, Union City, NJ 07086

Creditor:        Cenlar FSB

and a Request for

☒    Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____ , and for good cause shown

☐    Early Termination of the Loss Mitigation Period having been filed by _____ , and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including __03/06/2020__ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-32001-RG
Ricardo Ocampo                                                        Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Dec 23, 2019
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2019.
db              +Ricardo Ocampo,    1400 New York Ave, Apt 2,    Union City, NJ 07087-4302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2019 at the address(es) listed below:
         Deborah T. Feldstein    on behalf of Creditor    TTLBL, LLC dfeldstein@caplaw.net
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Joel R. Glucksman    on behalf of Creditor    City of Union City jglucksman@scarincihollenbeck.com,
          rjoyce@sh-law.com
         Marguerite Mounier-Wells    on behalf of Debtor Ricardo  Ocampo nadiafinancial@gmail.com,
          mwells@fitzgeraldcrouchlaw.com;Fitz2Law@gmail.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         Nicholas Fitzgerald    on behalf of Debtor Ricardo  Ocampo Fitz2Law@gmail.com
         Sarah J. Crouch    on behalf of Debtor Ricardo  Ocampo 7943@notices.nextchapterbk.com,
          nadiafinancial@gmail.com;sarah@fitzgeraldcrouchlaw.com;fitz2law@gmail.com
         Wafa Hubroman    on behalf of Debtor Ricardo  Ocampo wafahubromanlaw@gmail.com,
          nadiafinancial@gmail.com;nickfitz.law@gmail.com
         William M.E. Powers    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
         William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                                                        TOTAL: 10