UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

FITZGERALD & ASSOCIATES
Marguerite Mounier-Wells, Esq. (mmw5960)
649 Newark Avenue
Jersey City, NJ 07306
Attorney for the Debtor

Order Filed on March 12, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

RICARDO OCAMPO

Case No.: 16-32001
Chapter: 13
Judge: Gambardella

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 12, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __Debtor__ :

Property:     1400 New York Avenue, Union City, NJ 07086

Creditor:     Cenlar FSB

and a Request for

[X] Extension of the Loss Mitigation Period having been filed by __Debtor__, and for good cause shown,

[ ] Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

[x] The Loss Mitigation Period is extended up to and including __06/30/2020__.

[ ] The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

rev. 12/17/19

```
                          United States Bankruptcy Court
                               District of New Jersey
```

In re:                                                          Case No. 16-32001-RG
Ricardo Ocampo                                                  Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Mar 12, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2020.
db             +Ricardo Ocampo,    1400 New York Ave, Apt 2,    Union City, NJ 07087-4302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2020                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2020 at the address(es) listed below:
              Deborah T. Feldstein    on behalf of Creditor    TTLBL, LLC dfeldstein@caplaw.net
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              James J. Fitzpatrick    on behalf of Debtor Ricardo  Ocampo nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;fitz2law@gmail.com
              Joel R. Glucksman    on behalf of Creditor    City of Union City jglucksman@scarincihollenbeck.com,
               rjoyce@sh-law.com
              Marguerite Mounier-Wells    on behalf of Debtor Ricardo  Ocampo nadiafinancial@gmail.com,
               mwells@fitzgeraldcrouchlaw.com;Fitz2Law@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas Fitzgerald    on behalf of Debtor Ricardo  Ocampo Fitz2Law@gmail.com
              Robert Davidow    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
              Sarah J. Crouch    on behalf of Debtor Ricardo  Ocampo sarahcrouchlaw@gmail.com,
               nadiafinancial@gmail.com;fitz2law@gmail.com
              Sherri Jennifer Smith    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              Wafa Hubroman    on behalf of Debtor Ricardo  Ocampo wafahubromanlaw@gmail.com,
               nadiafinancial@gmail.com;nickfitz.law@gmail.com
              William M.E. Powers    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                                                                 TOTAL: 13