UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

James J. Fitzpatrick, Esq.,/JF7028
Fitzgerald & Associates, Attorneys At Law
649 Newark Avenue
Jersey City, NJ 07306

Order Filed on July 29, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re: Ricardo Ocampo

Case No.: 16-32001
Chapter: 13
Judge: Gambardella

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 29, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on April 3, 2020 :

Property:    1400 New York Avenue, Union City, NJ 07087

Creditor:    Cednlar FSB

and a Request for

[X] Extension of the Loss Mitigation Period having been filed by Debtor , and for good cause shown,

[ ] Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

[X] The Loss Mitigation Period is extended up to and including 10/30/2020 .

[ ] The Loss Mitigation Period is terminated, effective _____ .

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

rev.12/17/19