Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−32001−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ricardo Ocampo
   aka Ricardo A Ocampo
   1400 New York Ave, Apt 2
   Union City, NJ 07087

Social Security No.:
   xxx−xx−7717

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/21/20 at 10:00 AM

to consider and act upon the following:

*137* − Objection to (related document:134 Application for Extension of Loss Mitigation Period. Filed by James J. Fitzpatrick on behalf of Ricardo Ocampo. Objection deadline is 9/29/2020. (Attachments: # 1 Certification of Service # 2 Proposed Order) filed by Debtor Ricardo Ocampo) filed by Andrew L. Spivack on behalf of WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST H. (Attachments: # 1 Certificate of Service) (Spivack, Andrew)

Dated: 9/30/20

                                                Jeanne Naughton
                                                Clerk, U.S. Bankruptcy Court