Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−32001−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ricardo Ocampo
   aka Ricardo A Ocampo
   1400 New York Ave, Apt 2
   Union City, NJ 07087

Social Security No.:
   xxx−xx−7717

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/16/20.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 16, 2020
JAN: slm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-32001-RG |
| Ricardo Ocampo | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 16, 2020 | Form ID: 148 | Total Noticed: 37 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ricardo Ocampo, 1400 New York Ave, Apt 2, Union City, NJ 07087-6716 |
| aty | + | Milstead & Associates, LLC, 1 E. Stow Road, Marlton, NJ 08053-3118 |
| aty | + | Nicholas Fitzgerald, Fitzgerald and Associates, 649 Newark Avenue, Jersey City, NJ 07306-2341 |
| cr | + | CITIMORTGAGE, INC., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | City of Union City, Joel R. Glucksman, Esq., Scarinci & Hollenbeck, 1100 Valley Brook Avenue, PO Box 790 Lyndhurst, NJ 07071-0790 |
| cr | + | TTLBL, LLC, c/o Pellegrino & Feldstein, LLC, 290 Route 46 West, Denville, NJ 07834-1239 |
| cr | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE O, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | Wilmington Savings Fund Society, FSB, as Trustee o, Hill Wallack LLP, 21 Roszel Road, P.O. Box 5226, Princeton, NJ 08543-5226 |
| 516505052 | + | Allied Collection Services, 8550 Balboa Blvd, Suite 232, Northridge, CA 91325-5806 |
| 516505053 | + | Asset Maximization Group. Inc, 26-12 Borrough Pl, Suite 6B, Woodside, NY 11377-7835 |
| 518654814 | + | C/O CENLAR FSB, 425 PHILIPS BLVD, EWING, NJ 08618-1430 |
| 518654815 | + | CENLAR FSB, 425 PHILIPS BLVD, EWING, NJ 08618-1430 |
| 516505055 | + | Debt Recovery Solution, Attention: Bankruptcy, 6800 Jericho Turnpike Ste 113e, Syosset, NY 11791-4401 |
| 516505057 | + | Eastern Account System INC, P.O. Box 837, Newtown, CT 06470-0837 |
| 516505059 | + | First Data, 5565 Glenridge, Connector NE Ste 2000, Atlanta, GA 30342-1335 |
| 516579883 | + | North Hudson Sewerage Authority, 1600 Adams Street, Hoboken, New Jersey 07030-2304 |
| 516564312 | + | Pellegrino & Feldstein LLC, 290 Route 46 West, Denville, NJ 07834-1239 |
| 516564311 | #+ | TTLBL, LLC, 4747 Executive Drive, Suite 510, San Diego, CA 92121-3100 |
| 516564313 | + | Tax Collector of Union City, 3715 Palisade Avenue, Union City, NJ 07087-4809 |
| 516553762 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 16 2020 22:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 16 2020 22:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | | EDI: CITICORP.COM | Nov 17 2020 02:33:00 | CitiMortgage, Inc., PO Box 6243, Sioux Falls, SD 57117-6243 |
| cr | + | EDI: RMSC.COM | Nov 17 2020 02:33:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 516505051 | + | EDI: AFNIRECOVERY.COM | Nov 17 2020 02:33:00 | Afni, Po Box 3427, Bloomington, IL 61702-3427 |
| 518916700 | + | Email/Text: BKBCNMAIL@carringtonms.com | Nov 16 2020 22:23:00 | C/O CARRINGTON MORTGAGE SERVICES, LLC, 1600 S. DOUGLASS RD., ANAHEIM, CA 92806, C/O CARRINGTON MORTGAGE SERVICES, LLC, 1600 S. DOUGLASS RD., ANAHEIM, CA 92806-5951 |
| 518916699 | + | Email/Text: BKBCNMAIL@carringtonms.com | | |

Case 16-32001-RG  Doc 143  Filed 11/18/20  Entered 11/19/20 00:19:00  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 16, 2020 | Form ID: 148 | Total Noticed: 37 |

|  |  |  |  |
|---|---|---|---|
|  |  | Nov 16 2020 22:23:00 | C/O CARRINGTON MORTGAGE SERVICES, LLC, 1600 S. DOUGLASS RD., ANAHEIM, CA 92806-5951 |
| 516584649 | EDI: CITICORP.COM | Nov 17 2020 02:33:00 | CitiMortgage, Inc., P.O. Box 688971, Des Moines, IA 50368-8971 |
| 516505054 | EDI: CITICORP.COM | Nov 17 2020 02:33:00 | Citimortgage Inc, Attn: Bankruptcy, Po Box 6423, Sioux Falls, SD 57117 |
| 516723267 | EDI: DIRECTV.COM | Nov 17 2020 02:33:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 516513700 | EDI: DISCOVER.COM | Nov 17 2020 02:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516505056 | + EDI: DISCOVER.COM | Nov 17 2020 02:33:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 516505058 | + Email/Text: bknotice@ercbpo.com | Nov 16 2020 22:24:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 516516749 | EDI: AIS.COM | Nov 17 2020 02:33:00 | First Data Global Leasing, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 516668290 | + EDI: RMSC.COM | Nov 17 2020 02:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516505060 | EDI: TFSR.COM | Nov 17 2020 02:33:00 | Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 517168345 | EDI: BL-TOYOTA.COM | Nov 17 2020 02:33:00 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2020          Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST H andrew.spivack@brockandscott.com, wbecf@brockandscott.com |

| | |
|---|---|
| Deborah T. Feldstein | on behalf of Creditor TTLBL LLC dfeldstein@caplaw.net |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor Wilmington Savings Fund Society FSB, as Trustee of Stanwich Mortgage Loan Trust H, through Carrington Mortgage Services, LLC, servicer and attorney-in-fact eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com |
| Joel R. Glucksman | on behalf of Creditor City of Union City jglucksman@scarincihollenbeck.com rjoyce@sh-law.com |
| Marguerite Mounier-Wells | on behalf of Debtor Ricardo Ocampo nadiafinancial@gmail.com mwells@fitzgeraldcrouchlaw.com;Fitz2Law@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas Fitzgerald | on behalf of Debtor Ricardo Ocampo Fitz2Law@gmail.com |
| Robert Davidow | on behalf of Creditor CITIMORTGAGE INC. nj.bkecf@fedphe.com |
| Sherri Jennifer Smith | on behalf of Creditor CITIMORTGAGE INC. ssmith@pincuslaw.com, nj.bkecf@fedphe.com |
| Sherri Jennifer Smith | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST H ssmith@pincuslaw.com, nj.bkecf@fedphe.com |
| Wafa Hubroman | on behalf of Debtor Ricardo Ocampo wafahubromanlaw@gmail.com nadiafinancial@gmail.com;nickfitz.law@gmail.com |
| William M.E. Powers | on behalf of Creditor CitiMortgage Inc. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor CitiMortgage Inc. ecf@powerskirn.com |

TOTAL: 14